DocuSign Envelope ID: FEFE2302-5E49-4A01-8736-BA72009C54BD

Case 1:19-cv-07131-ARR-SMG   Document 10   Filed 04/09/20   Page 1 of 2 PageID #: 42

So Ordered

/s/(ARR)

ALLYNE R. ROSS, U.S.D.J.

6/12/20

# EXHIBIT A

| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | |
|---|---|
| ------------------------------------------------------ x | |
| THOMAS J. OLSEN, Individually and on behalf of all others similarly situated,<br><br>                    Plaintiff(s),<br><br>-against-<br><br>1287 Enterprises LLC, d/b/a 4 Corners Cannabis<br><br>                    Defendant. | Docket No.: 19-cv-7131 (ARR-SMG)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |
| ------------------------------------------------------ x | |

**IT IS HEREBY STIPULATED** by and between THOMAS J. OLSEN and 1287 ENTERPRISES LLC, D/B/A 4 CORNERS CANNABIS, that the above action is hereby discontinued, with prejudice. This Stipulation may be filed without further notice by the Clerk of the Court.

Dated: March 31, 2020            Dated: March 28, 2020
       New York, New York               New York, New York

Case 1:19-cv-07131-ARR-SMG   Document 11   Filed 06/12/20   Page 2 of 2 PageID #: 45

DocuSign Envelope ID: FEFE2302-5E49-4A01-8736-BA72009C54BD
Case 1:19-cv-07131-ARR-SMG   Document 10   Filed 04/09/20   Page 2 of 2 PageID #: 43

| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP | LIPSKY LOWE LLP |
|---|---|
| By: _____ <br> Raymond Perez, Esq. <br> *Attorneys for Defendant* <br> 1133 Westchester Ave. <br> White Plains, New York 10604 <br> Tel.: (914) 323-70000 | By: _____ <br> Doug Lipsky, Esq. <br> *Attorneys for Plaintiff* <br> 420 Lexington Avenue, Suite 1830 <br> New York, New York 10170 <br> Tel.: (212) 392-4772 |